UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 25-CV-60260-DAMIAN**

**GIANNA MICELI**,

      Plaintiff,

v.

**KEVIN FARQUHARSON,** *et al.*,

      Defendants.
_____/

**ORDER ON DESIGNATION OF ATTORNEY**

      **THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On February 12, 2025, Plaintiff, Gianna Miceli, filed a Complaint [ECF No. 1]. In the Complaint, Plaintiff Miceli writes "I hereby choose Scott Bernard, lead counsel for Brookstone Law, PLC, as my counsel of choice to assist me as I see fit"—and Scott Bernard signs the Complaint as both "Lead Counsel" and "Assistance of Counsel." *Id.* at 11-13. Scott Bernard does not appear to be a member in good standing of the United States District Court for the Southern District of Florida Bar pursuant to the requirements of Administrative Order 2012-004 and Rule 3 of the Special Rules Governing the Admission and Practice of Attorneys.[1] Furthermore, S.D. Fla. L.R. 4(a) provides "Except when an

---

[1] It is not clear if Scott Bernard is admitted to any bar, or that Scott Bernard is an attorney in any capacity. The Louisiana address provided in the Complaint appears to be that of a UPS Store. *See* https://locations.theupsstore.com/la/denham-springs/1113-range-ave/ups-shipping (last accessed February 13, 2025). The Court can find no person in the Membership Directory of the Louisiana State Bar with the name "Scott Bernard." To the extent that "Brookstone Law" appears to have a website which allows members of the public to schedule "calls" with Scott Bernard ("Please be in a location where we can focus on your call and have any paperwork on hand relevant to your case."), such website also disclaims that it is actually run by "the Commission for Constitutional Compliance, PMA" which it claims "does not practice law, give legal/statutory advice, or legal representation in any

Case 0:25-cv-60260-MD   Document 4   Entered on FLSD Docket 02/14/2025   Page 2 of 2

appearance *pro hac vice* is permitted by the Court, only members of the bar of this Court may appear as attorneys in the Courts of this District." As Plaintiff's designated attorney is not in good standing, Scott Bernard may not practice before this Court. Accordingly, it is

**ORDERED AND ADJUDGED** that the Plaintiff shall retain counsel permitted to practice before this Court and notify the Court of such, or, alternatively, file a notice of proceeding *pro se*, **no later than March 13, 2025**. Failure to comply with the instant order may result in the dismissal of the Complaint without further notice.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 13th day of February, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Gianna Miceli and Scott Bernard
1113 Range Ave., #110-109
Denham Springs, Louisiana 70726

---

court of law." *See* https://app.acuityscheduling.com/schedule/05c2baa2 (last accessed February 13, 2025). The Court finds it troubling that Scott Bernard appears to purport to represent Gianna Miceli in this lawsuit while simultaneously disclaiming any role as an attorney on this public website.