Brookstone Law, PLC<br>
c/o Scott Bernard, Counsel<br>
1113 Range Ave., #110-109<br>
Denham Springs, Louisiana 70726

---

# Addendum to Suit at Common-Law
## with Demand for Recusal
## and Demand for Constitutional Compliance

Gianna Miceli

Versus

Kevin Farquharson and
Gregory Tony

Case Number: 25-XX-60260

FILED BY __NA__ D.C.

MAR 12 2025

ANGE........JGLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

I, Gianna Miceli, submits this addendum and makes the following a part of the above captioned suit at common-law.

## 1. Parties and Capacity of

**Melissa Damian**, is named as a subsequent causer of grievance(s) who is of the people, with inalienable rights, who does serve as a United States District Judge, Southern District of Florida, being bound by the office held to commercial, statutory, and/or legal authority.

## 2. Facts

On or about February 12, 2025, I filed the above captioned suit at common-law against Kevin Farquharson and Gregory Tony.

Along with said suit, I filed a NOTICE TO COURT CLERK advising that:

- This is a suit at common-law, not a Civil Action.
- I offer no consent to this suit at common-law being classified as a Civil Action through inferring consent by my unconscionable acts, omissions, and the like.
- This suit at common-law contains a common-law jury demand pursuant to the 7th Amendment to the Bill of Rights.
- This suit at common-law may not be assigned a case number with the letters "CV" embedded therein.
- This suit at common-law may not be assigned to a magistrate.
- This suit at common-law must be assigned to an Article III judge.
- I will not tender a fee for filing this suit at common-law, as all people are guaranteed access to a free and fair judiciary despite economic status.

The clerk of court rejected the filing of my suit at common-law under verbal directives that I am required to fill out a civil complaint form and pay a $405 filing fee.

I did not fill out said civil complaint form as directed by said clerk, but rather amended the top of the form to read "Suit at Common-Law."

Subsequently, the clerk of court received my suit, along with the amended form and aforementioned NOTICE TO COURT CLERK, and did provide me a written acknowledgment of filing my **"Suit at Common-Law."**

On or about February 14, 2025, Melissa Damian, acting as MELLISA DAMIAN, UNITED STATES DISTRICT COURT JUDGE, issued an ORDER ON DESIGNATION OF ATTORNEY with a directive that my failure to "…**retain counsel permitted to practice before this court and notify the court of such, or, alternatively file a notice of proceeding pro se … may result in the dismissal of the Complaint without further notice.**"

In said ORDER Melissa Damian did state that I filed a "complaint" and did relabel my suit at common-law as a "CV" (Civil Action).

### 3. Admonishment and Establishment of Allegations

Melissa Damian is a woman serving as an Article III judge who is devoid of authority to issue pretrial orders threatening to dismiss my suit at common-law for failure to **"retain counsel or file a notice of proceeding pro se."**

Contrary to Melissa Damian's fraudulent assertion, I have no obligation to **"retain counsel"** or file any such **"notice of proceeding pro se"**, as complying with either of these inapplicable commands would render me a "legal person" and place my suit under Article I (administrative) authority.

I have the right to counsel and consult with whomever I wish regarding this matter, and Scott Bernard/Brookstone Law, PLC (PRIVATE LAW COALITION) has no obligation to be licensed by the "Florida/Louisiana Bar", nor does Mr. Bernard need this court's permission to serve as my counselor and third-party witness. Nothing within my suit at common-law even hints to the idea that Scott Bernard and/or Brookstone Law, PLC is representing me as an attorney.

Furthermore, the idea that I am required to file a "Notice of proceeding *Pro Se*" telling the court that I am handling my own private affairs – when I clearly filed my own suit at common-law – is counterproductive, at best, and underscores this court's use of deceptive practices (judicial entrapment) to create the perception of my consent to its administrative jurisdiction.

Melissa Damian is a woman serving as an Article III judge who is devoid of authority to relabel and reclassify my suit at common-law as a CIVIL ACTION and/or Complaint.

Melissa Damian's actions of relabeling my suit at common-law as a "complaint" and "CIVIL ACTION" are in direct defiance of the 7th Amendment to the Bill of Rights and the Supreme Court in *Jarkesy,* which emphatically held, **"Congress cannot eliminate a party's Seventh Amendment right to a jury trial merely by relabeling the cause of action to which it attaches and placing exclusive jurisdiction in an administrative agency or a specialized court of equity."**

Melissa Damian's action of relabeling of my suit at common-law as a "complaint" and "CIVIL ACTION", and the filing thereof into the public record, constitutes her filing of a false public document and fraud upon the public record.

Melissa Damian is a woman serving as an Article III judge who is devoid of authority to move a suit at common-law under the administrative jurisdiction of the UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA.

Melissa Damian is a woman serving as an Article III judge who is devoid of authority to act unilaterally, use her office as defense counsel for Kevin Farquharson and Gregory Tony, thereby practicing law from the bench.

Melissa Damian is a woman serving as an Article III judge who is devoid of authority to regulate suits at common-law or anyone who is of the people, endowed by our creator with inalienable rights, and not bound by commercial, statutory, or legal authority.

Melissa Damian is a woman serving as an Article III judge who is devoid of authority to circumvent the rights of anyone who is of the people, endowed by our creator with inalienable rights, and not bound by commercial, statutory, or legal authority.

Melissa Damian's actions indicate that she favors preserving the powers of the Administrative State over enacting justice for one who is allegedly suffering egregiously at the hands of another.

Accordingly, upon consideration of the herein-above facts, Melissa Damian has established, under the standard of reasonable articulable suspicion, the triable allegations of:

- **Misappropriation of Government Monies** by knowingly using her office and government monies to impede a suit at common-law, practice law from the bench, and act unilaterally to defend an adverse party.

- **Unauthorized Practice of Law** by using her office to impede a suit at common-law and unilaterally defend an adverse party thereto.

- **Filing False Public Document(s)** by unlawfully amending and reclassifying a suit at common-law as a CIVIL ACTION, issuing an ORDER without proper authority, and filing evidence thereof into the public record associated with said suit at common-law.

- **Breach of Duty of Care** by failing to find the truth prior to impeding a suit at common-law, issuing an unauthorized order regarding the matter, and violating the rights of one of the people who are not bound by commercial, statutory, or legal authority.

- **Breach of Sworn Oath** by failing to uphold the Constitution and laws of this nation and failure to honor one's inherent right to due process and other protections enumerated within the Bill of Rights.

- **Abuse of Authority** by engaging in conduct not qualified by the scope and authority of the office being held, with a voluntary misrepresentation intended to create the perception that said conduct is qualified by the office being held.

- **Gross Negligence** by voluntarily failing to exercise slight diligence or care, and consciously engaging in an act or omission in reckless disregard of a duty and the consequences to another party.

- **Deprivation of Rights Under the Color of Law** by engaging in conduct not qualified by the office being held, under the guise of official and lawful capacity, with intent to extract property or compel performance.

- **Conspiracy to Commit Deprivation of Rights** by engaging in conversation or communication with another to deprive the rights of any member of the people who is endowed with inalienable rights.

- **Failure to Uphold the Law** by failing to act lawfully under the Bill of Rights and within the scope and authority of the office being held.

- **Misrepresentation** by voluntarily misrepresenting improper or unlawful conduct as being qualified by the scope and authority of the office being held.

- **Unlawful Adjudication** by knowingly setting aside material facts and making an unauthorized contrary determination of law to reach a conclusion of law that a suit at common-law was subject to the administrative adjudication of the UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF FLORIDA.

- **Judicial Entrapment** by issuing an order implying dismissal of a claim in order to compel compliance with inapplicable authorities that would overshadow the right of trial by common-law jury upon such compliance.

- **Treason** by knowingly and willingly aiding, supporting, defending, and employing a system of administrative procedures that circumvents the Bill of Rights and abridges the inalienable rights of the American people.

- **Unlawful Ex Parte Communications** by engaging in speech and/or other communications, electronic or otherwise, with an adverse party to a suit at common-law.

- **Impeding a Suit at Common-Law** by the abuse of discretion, use of inapplicable authorities, and unlawful intervention into a suit at common-law with intent to derail the same.

## 4. Conclusion

Within the body of my suit, clearly and boldly labeled a **Suit at Common-Law with Common-Law Jury Demand**, it was conveyed in clear and concise writing that any form of Article I or administrative handling was rejected.

Nevertheless, Melissa Damian, acting as MELISSA DAMIAN – UNITED STATES DISTRICT JUDGE, willingly overstepped her authority, issued an order claiming that I filed a *"complaint"*, with a subsequent advisement that if I failed to *"retain counsel permitted to practice before this court and notify the court of such, or, alternatively file a notice of proceeding pro se"* my suit may be dismissed.

Furthermore, upon reading the egregious allegations made against Kevin Farquharson and Gregory Tony in my suit at common-law, Melissa Damian made no attempt or movement to stop my alleged injury(s) but rather invoked deceptive parlor tricks regarding the DESIGNATION OF ATTORNEY. This conduct by Melissa Damian seems to be at odds with her oath and obligation to promote justice, uphold the Constitution, and protect me from further injury pending a resolution of the matter.

Melissa Damian swore under oath to uphold the Constitution and laws of the United States, an oath which she openly violates.

The actions of Melissa Damian are without justification, as ignorance of the supreme law of our nation (Constitution/Bill of Rights) will never serve as a mountable defense.

By a standard of average intelligence and sound reasoning, the conduct and practices of Melissa Damian indicate she lacks the integrity, moral fortitude, and mental faculties required of anyone serving the public interest.

By a standard of average intelligence and sound reasoning, the conduct and practices of Melissa Damian indicate she is not fit to serve the interests of the American People in any capacity.

By a standard of average intelligence and sound reasoning, the conduct and practices of Melissa Damian indicate that she views herself as a morally superior woman with the magnanimous power to uphold the Bill of Rights at her sole discretion.

By a standard of average intelligence and sound reasoning, the conduct and practices of Melissa Damian indicate that she will blatantly ignore one's clear and concise demand for a jury within a clearly-labeled "Suit at Common-Law."

By a standard of average intelligence and sound reasoning, the conduct and practices of Melissa Damian indicate an abhorrent disdain for the protections enumerated within the Bill of Rights.

By a standard of average intelligence and sound reasoning, the conduct and practices of Melissa Damian indicate she favors expanding the scope and authority of the office held in order to diminish one's protections enumerated within the Bill of Rights.

Melissa Damian is a woman who claims to be "honorable" while simultaneously hiding behind the imaginary power of the "Administrative State" in order to circumvent the rights of anyone who is unfortunate enough to enter her court.

According to the unsound ideology of Melissa Damian one is not entitled to a remedy unless one waives his or her rights and becomes a "legal person" within a "civil action."

However, according to a comprehensive case study, when one does waive said rights and enters "The Court" as a "legal person," the justice he or she is seeking is governed and overshadowed by procedural rules, ultimately leading to dismissal without any genuine consideration of the injuries or violations of rights suffered.

Melissa Damian's perceived authority under procedural law is unsound, to say the least, as the "administrative" orders of the Florida Bar, nor the Federal Rules of Civil Procedure - as enacted by Congress - have authority to transcend the Bill of Rights or place administrative restrictions on receiving a trial heard and judged by a jury that is empaneled under the 7th Amendment.

The 7th Amendment was adopted in direct response to the injustices that fueled the Revolutionary War, ensuring that disputes over private rights would be decided by the people — through a jury — rather than by government officials or administrative bodies. The 7th Amendment stands as a constitutional safeguard against judicial overreach, preventing the erosion of fundamental rights by those who seek to subordinate them under bureaucratic authority and preserve the power of the administrative state.

In direct defiance of the constitutional safeguard enshrined within the 7th Amendment, Melissa Damian blatantly attempts to shut the door on all remedies I seek by threatening to dismiss my common-law suit under the trivial pretext that I am required to **"retain counsel permitted to practice before this court … or file a notice of proceeding pro se."** Under Melissa Damian's flawed ideology, the Bill of Rights — particularly the 7th Amendment — appears to be nothing more than a relic of history, devoid of any enforceable meaning.

Under the standard of reasonable-articulable suspicion, the allegations enumerated herein are properly established against Melissa Damian.

Consequently, Melissa Damian is afforded no qualified, sovereign, or judicial immunity, as such immunity only serves to shield a "Public Official" who engages in conduct that is qualified under the constitution and by the scope and authority of the office being held.

Qualified Immunity may never serve to shield the conduct of Melissa Damian from a comprehensive investigation and the finding of facts by a jury.

The conduct in question and the allegations established under the standard of reasonable-articulable suspicion are lodged against Melissa Damian, a woman who is one of the people bearing unlimited liability and without protections under any immunity afforded by the state.

As such, the allegations against Melissa Damian are established as being triable before a jury that will render a decision upon the finding of facts.

## 5. Damages Sought

Upon a finding that all allegations are established as truth and facts, I am seeking the following recompense and damages:

- The return of my Identification, Private Plate, and two handguns.

- **Damages from Kevin Farquharson**: $5,000,000 (five million dollars), plus costs, in addition to any other damages, sanctions, and the like, that the jury may deem appropriate upon the finding of facts.

- **Damages from Gregory Tony**: $5,000,000 (five million dollars), plus costs, in addition to any other damages, sanctions, and the like, that the jury may deem appropriate upon the finding of facts.

- **Damages from Melissa Damian**: $5,000,000 (five million dollars), plus costs, in addition to any other damages, sanctions, and the like, that the jury may deem appropriate upon the finding of facts.

## 6. Demand

WHEREFORE, I hereby demand the following:

- THAT Melissa Damian immediately recuse herself from this matter; and

- THAT the Article III judge who replaces Ms. Damian comply with the Bill of Rights, particularly the 7th Amendment, and move this suit toward a resolution brought about by a jury.

Sealed this 10th day of March in the year of our Lord 2025.

_____
Gianna Miceli

_____
Scott Bernard, Lead Counsel
Brookstone Law, PLC
1113 Range Ave., #110-109
Denham Springs, Louisiana 70726

SERVICE: I, the undersigned third party, hereby affirm that a copy of the foregoing was sent to:

- Melissa Damian
  299 East Broward Blvd.
  Courtroom 205C, Chambers 205D
  Fort Lauderdale, Florida 33301

- Kevin Farquharson and Gregory Tony
  2601 W. Broward Blvd.
  Fort Lauderdale, Florida 33312

_____
Scott Bernard

March 10, 2025

To the Clerk of Court:

Enclosed is an addendum to my previously filed suit at common-law, case #: 25-xx-60260-Damian.

Please file said addendum into the record thereof.

Also enclosed is a copy of said addendum to be sent to Melissa Damian, as she is now named as an adverse party to my suit at common-law.

Thank You,

*[signature]*

Gianna Miceli


