UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-CV-60260-DAMIAN

**GIANNA MICELI**,

    Plaintiff,

v.

**KEVIN FARQUHARSON,** *et al.*,

    Defendants.

_____/

### ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court *sua sponte*. On March 18, 2025, this Court dismissed the Complaint without prejudice. [ECF No. 7]. The Court also warned that "[a]ny amended pleading must be filed within twenty (20) days of the date of this Order" and that "[i]f an amended pleading is not filed within that time, the dismissal will be with prejudice." *Id.* The time specified has expired and Plaintiff has not filed an amended complaint. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 10th day of April, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Gianna Miceli and Scott Bernard
1113 Range Ave., #110-109
Denham Springs, Louisiana 70726